IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00517-WYD-KMT

MISTY BROWN and
MITCHEL BROWN,

    Plaintiffs,

v.

ROBERT ALAN BROWN, an individual and
WELLS FARGO BANK, NATIONAL ASSOCIATION, a foreign corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiffs' Response to Defendant Robert Brown's Motion for Summary Judgment, filed December 13, 2011 [ECF No. 63] is **STRICKEN** with leave to refile in compliance with this Court's Practice Standards, specifically Section III.B.4.  The exhibits need not be resubmitted.

    December 13, 2011