IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-00517-WYD-KMT

MISTY BROWN and
MITCHEL BROWN,

    Plaintiffs,

v.

WELLS FARGO BANK, NATIONAL ASSOCIATION, a foreign corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Stipulation for Dismissal of Claims Asserted Against Wells Fargo Bank, National Association with Prejudice [ECF No. 74], filed July 11, 2012, is **APPROVED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear his, her, or its own attorneys' fees and costs.

Dated:  July 13, 2012

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge